B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Benoit, William J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Bill Benoit** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0046** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10453 Kedzie, Unit A**<br>**Chicago, IL**<br><br>ZIP Code **60655** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Benoit, William J.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _/s/ Julie Trepeck_                    **August 11, 2014**<br>Signature of Attorney for Debtor(s)              (Date)<br>**Julie Trepeck #6287558** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Benoit, William J.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ William J. Benoit**
Signature of Debtor **William J. Benoit**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**August 11, 2014**
Date

### Signature of Attorney*

**X** **/s/ Julie Trepeck**
Signature of Attorney for Debtor(s)

**Julie Trepeck #6287558**
Printed Name of Attorney for Debtor(s)

**Trepeck Bane, PC**
Firm Name

**One South Dearborn**
**Suite 2100**
**Chicago, IL 60603**

Address

Email: jtrepeck@trepeckbane.com
**312.533.4077  Fax: 312.283.0276**
Telephone Number

**August 11, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **William J. Benoit**                                        Case No. _____
                                            Debtor(s)        Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ William J. Benoit**
_____

                        **William J. Benoit**

Date:    **August 11, 2014**
_____

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **William J. Benoit**                                              ,   Case No. _____

                                                Debtor

                                                            Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 7,791.25 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 42 | | 229,899.13 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 3 | | | 3,704.13 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,665.00 |
| Total Number of Sheets of ALL Schedules | | 56 | | | |
| | | Total Assets | 7,791.25 | | |
| | | | Total Liabilities | 229,899.13 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **William J. Benoit** _____ ,   Case No. _____

                                    Debtor

                                                Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 34,846.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 34,846.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 3,704.13 |
| Average Expenses (from Schedule J, Line 22) | 4,665.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,590.16 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 229,899.13 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 229,899.13 |

B6A (Official Form 6A) (12/07)

In re     **William J. Benoit**                                                                ,     Case No. _____

                                                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|  |  | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **William J. Benoit**                                        ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account with Suburban Bank and Trust** | - | 60.00 |
| | | | **checking account w/ Chase Bank** | - | 30.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Regular and necessary household goods and furnishings.** | - | 750.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Regular clothing** | - | 300.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          1,140.00
(Total of this page)

<u>  2  </u>  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **William J. Benoit**                                                ,    Case No. _____
                                                    _____
                                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Pension with Union** | **-** | **3,218.25** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                    Sub-Total >      **3,218.25**
                                                                    (Total of this page)

Sheet __1__ of __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **William J. Benoit** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Chevy Suburban, 206k. value per Kelly Blue Book** | - | 3,433.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **3,433.00**
(Total of this page)

Total >    **7,791.25**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re    **William J. Benoit**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account with Suburban Bank and Trust** | **735 ILCS 5/12-1001(b)** | **60.00** | **60.00** |
| **checking account w/ Chase Bank** | **735 ILCS 5/12-1001(b)** | **30.00** | **30.00** |
| **Household Goods and Furnishings** | | | |
| **Regular and necessary household goods and furnishings.** | **735 ILCS 5/12-1001(b)** | **750.00** | **750.00** |
| **Wearing Apparel** | | | |
| **Regular clothing** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Pension with Union** | **735 ILCS 5/12-1006** | **3,218.25** | **3,218.25** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2001 Chevy Suburban, 206k. value per Kelly Blue Book** | **735 ILCS 5/12-1001(c)** **735 ILCS 5/12-1001(b)** | **2,400.00** **1,033.00** | **3,433.00** |

| | | | |
|---|---|---|---|
| **_0_** continuation sheets attached to Schedule of Property Claimed as Exempt | Total: | **7,791.25** | **7,791.25** |

B6D (Official Form 6D) (12/07)

In re  **William J. Benoit** _____,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re    **William J. Benoit**                                              Case No. _____
                                                                    ,
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **William J. Benoit**                                                                    ,   Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **125L503=434**<br><br>**ACL, Inc.**<br>**PO Box 27901**<br>**West Allis, WI 53227** | | - | **2003**<br>**collections - High Tech Medical/Lab One** | | | | **42.53** |
| Account No. **xxx-xx-0046**<br><br>**Actve Life Chiropractic Center**<br>**10761 W. 163 rd Place**<br>**Orland Park, IL 60467** | | - | **2009**<br>**medical** | | | | **10.40** |
| Account No. **537428708**<br><br>**Advocate Christ Medical Center**<br>**P.O. Box 70508**☐☐<br>**Chicago, IL 60673** | | - | **2007**<br>**medical** | | | | **20.05** |
| Account No. **537747628**<br><br>**Advocate Christ Medical Center**<br>**P.O. Box 70508**☐☐<br>**Chicago, IL 60673** | | - | **2007**<br>**medical** | | | | **18.46** |

| | | |
|---|---|---|
| __41__ continuation sheets attached | Subtotal<br>(Total of this page) | **91.44** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    S/N:42066-140807   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __William J. Benoit_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **52423830-0** | | **2003 medical** | | | | | | | |
| **Advocate Christ Medical Center PO Box 70508 Chicago, IL 60673-0508** | - | | | | | | | | 77.54 |
| Account No. **52426205-2** | | **2003 medical** | | | | | | | |
| **Advocate Christ Medical Center PO Box 70508 Chicago, IL 60673-0508** | - | | | | | | | | 66.83 |
| Account No. **51794212-4** | | **2001 medical** | | | | | | | |
| **Advocate Christ Medical Center 4440 West 95th Street Oak Lawn, IL 60453** | - | | | | | | | | 916.00 |
| Account No. **00032AJk** | | **2001 medical** | | | | | | | |
| **Advocate Home Care Products 28511 Network Place Chicago, IL 60673-1285** | - | | | | | | | | 53.70 |
| Account No. **2054019** | | **2007 medical** | | | | | | | |
| **Advocate MSO Services 75 Remittance Dr Suite 6010 Chicago, IL 60675-6010** | - | | | | | | | | 8.00 |

| Sheet no. __1___ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,122.07 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit**                                          ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4997080424248**<br><br>**Afni, Inc.**<br>**PO Box 3517**<br>**Albany, GA 31702-3517** | - | | 2012<br>collections - AT&T | | | | 109.24 |
| Account No. **2150813390721**<br><br>**Afni, Inc.**<br>**PO Box 3517**<br>**Albany, GA 31702-3517** | - | | 2012<br>collections - AT&T | | | | 80.15 |
| Account No. **56379016**<br><br>**Allied Interstate, Inc**<br>**PO Box 369008**<br>**Columbus, OH 43236-9008** | | | 2008<br>NOTICE ONLY | | | | 0.00 |
| Account No. **1022084699**<br><br>**America Online Credit Dept**<br>**PO Box 29593**<br>**New York, NY 10087-9593** | - | | 2003<br>unsecured | | | | 115.60 |
| Account No. **1365591**<br><br>**Anchor Receivables Management**<br>**PO BOx 41003**<br>**Norfolk, VA 23541-1003** | - | | 2004<br>collections - CitiFinancial | | | | 1,579.46 |

Sheet no. __2__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,884.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit**                                                    ,    Case No. _____
_____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **GR-573**<br><br>**Annita John MD., PC**<br>**2640 Chesire Drive**<br>**Aurora, IL 60504-5233** | - | | | 2013<br>medical | | | | 101.00 |
| Account No. **62 G1055659**<br><br>**Annita John, MD., PC**<br>**PO Box 1270**<br>**Matteson, IL 60443** | - | | | 2012<br>medical | | | | 41.60 |
| Account No. **62 G1202314**<br><br>**Annita John, MD., PC**<br>**PO Box 1270**<br>**Matteson, IL 60443** | - | | | 2010<br>medical | | | | 14.90 |
| Account No. **62 G1055658**<br><br>**Annita John, MD., PC**<br>**PO Box 1270**<br>**Matteson, IL 60443** | - | | | 2012<br>medical | | | | 95.00 |
| Account No. **62 G1055661**<br><br>**Annita John, MD., PC**<br>**PO Box 1270**<br>**Matteson, IL 60443** | - | | | 2012<br>medical | | | | 144.90 |

Sheet no. __3__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                397.40

B6F (Official Form 6F) (12/07) - Cont.

In re   **William J. Benoit** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. cg7f90800299605 | | | | 2003 collections for home depot | | | | |
| Asset Acceptance PO Box 2036 Warren, MI 48090-2036 | - | | | | | | | |
| | | | | | | | | 843.00 |
| Account No. BCCC1106069565031 | | | | Opened  6/01/11 Collection Attorney Oak Ridge Family Dental | | | | |
| Berks Credit & Coll 900 Corporate Dr Reading, PA 19605 | - | | | | | | | |
| | | | | | | | | 137.00 |
| Account No. 1712406 | | | | 2014 collections - AT&T Wireless | | | | |
| Blatt, Hassenmiller, Leibsker & Moo 125 S. Wacker Dr., Suite 400 Chicago, IL 60606 | - | | | | | | | |
| | | | | | | | | 2,257.21 |
| Account No. 149500 | | | | 2009 medical | | | | |
| Brosnan Dental Ltd 10522 S. Cicero Ave #204 Oak Lawn, IL 60453 | - | | | | | | | |
| | | | | | | | | 10.60 |
| Account No. 63625418 | | | | 2010 collections - LVNV Funding | | | | |
| Capital Management Services, LP 726 Exchange St., Suite 700 Buffalo, NY 14210 | - | | | | | | | |
| | | | | | | | | 7,115.69 |

Sheet no. __4___ of __41___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,363.50**

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit**                                                          ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N00000942049**  <br><br>**Care Station Physcans**  <br>**5660 W. 95th St.**  <br>**Oak Lawn, IL 60453** | - | | 2003 <br>medical | | | | 43.00 |
| Account No. **002175772**  <br><br>**CB USA Inc.**  <br>**Muenich Court and Hohman Ave**  <br>**PO Box 8000**  <br>**Hammond, IN 46325-9998** | - | | 2004 <br>collections - Annita John MD | | | | 122.00 |
| Account No. **539715**  <br><br>**Chicago Lake Shore Medical**  <br>**Department 4373**  <br>**Carol Stream, IL 60122-4373** | - | | 2008 <br>medical | | | | 26.00 |
| Account No. **03 M1 116215**  <br><br>**ChicagolandElectricalIndustry cr Un**  <br>**c/o of Edelstein & Edelstein PC**  <br>**3825 W Montrose Ave**  <br>**Chicago, IL 60618** | - | | 2003 <br>judgment | | | | 4,267.00 |
| Account No. **0018500128**  <br><br>**Children's Memorial Medical Ctr**  <br>**75 Remittance Drive**  <br>**Suite 92611**  <br>**Chicago, IL 60675-2611** | - | | 2000 <br>medical | | | | 817.00 |

Sheet no. __5__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,275.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit**                                                              ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **15779034**<br><br>**Choice Recovery**<br>**1550 Old Henderson Rd St**<br>**Columbus, OH 43220** | - | | **Opened  1/01/13**<br>**Collection Attorney Karen Opferman Dds** | | | | 382.00 |
| Account No. **527273916**<br><br>**Christ Hospital & Medical Center**<br>**4440 W. 95th St.**<br>**Oak Lawn, IL 60453** | - | | **2004**<br>**medical** | | | | 34.59 |
| Account No. **525827481**<br><br>**Christ Hospital & Medical Center**<br>**4440 W 95th**<br>**Oak Lawn, IL 60453** | - | | **2004**<br>**medical** | | | | 4,171.70 |
| Account No. **526908678**<br><br>**Christ Hospital & Medical Center**<br>**PO Box 70508**<br>**Chicago, IL 60673** | - | | **2004**<br>**medical** | | | | 432.00 |
| Account No. **517431540**<br><br>**Christ Hospital and Medical Center**<br>**PO Box 70508**<br>**Chicago, IL 60673** | - | | **2001**<br>**medical** | | | | 235.77 |

Sheet no. __6__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,256.06

B6F (Official Form 6F) (12/07) - Cont.

In re   **William J. Benoit**                                      ,   Case No. _____
_____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **516668233** <br><br> **Christ Hospital and Medical Ctr** <br> **PO Box 70508** <br> **Chicago, IL 60673** | - | | 2001 <br> medical | | | | 50.43 |
| Account No. **2096765** <br><br> **Christ Medical Group** <br> **701 Lee St** <br> **Des Plaines, IL 60016** | - | | 2008 <br> medical | | | | 80.00 |
| Account No. **xxx-xx-0046** <br><br> **City of Chicago** <br> **Dept. of Revenue** <br> **333 South State St., Suite 300** <br> **Chicago, IL 60604** | - | | 2014 <br> parking tickets/fines | | | | 1,000.00 |
| Account No. **500032** <br><br> **Colection Professional, Inc** <br> **PO Box 416** <br> **La Salle, IL 61301-0416** | - | | 2014 <br> collections = James Schulte DDS | | | | 99.66 |
| Account No. **8871558037** <br><br> **Comed** <br> **PO Box 6111** <br> **Carol Stream, IL 60197-6111** | - | | 2014 <br> unsecured | | | | 1,720.90 |

Sheet no. __7__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,950.99

B6F (Official Form 6F) (12/07) - Cont.

In re   **William J. Benoit** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6885790**<br><br>**Conserve**<br>**200 Cross Keys Office Pa**<br>**Fairport, NY 14450** | - | | Opened 11/01/13<br>Collection Attorney Saint Xavier Univ Ar Pr | | | | 5,324.00 |
| Account No. **6885790**<br><br>**Continental Serice Group**<br>**200 CrossKeys Office Park**<br>**Fairport, NY 14450** | - | | 2013<br>collections - St. Xavier University | | | | 3,993.00 |
| Account No. **339619**<br><br>**Cook County Dept of Revenue**<br>**Non-retailer Use Tax**<br>**PO Box** | | | 2013<br>taxes | | | | 175.00 |
| Account No. **07 012501646**<br><br>**Credit Collections Services**<br>**2 Wells Ave., Dept 9136**<br>**Newton Center, MA 02459** | - | | 2004<br>collections - Hollywood Video | | | | 140.94 |
| Account No. **05 017595666**<br><br>**Credit Collections Services**<br>**2 Wells Ave., Dept 9136**<br>**Newton Center, MA 02459** | - | | 2004<br>collections - The Hartford | | | | 160.12 |

Sheet no. __**8**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,793.06**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William J. Benoit**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0375583576**<br><br>**Credit Management**<br>**4200 International Pwy**<br>**Carrollton, TX 75007** | - | | **2008**<br>**collections - Comcast** | | | | 234.37 |
| Account No. **xxx-xx-0046**<br><br>**Credit Management Services**<br>**9525 Sweet Valley Drive**<br>**Valley View, OH 44125** | - | | **2004**<br>**unsecured** | | | | 82.94 |
| Account No. **01052647713**<br><br>**Credit Protection Associates**<br>**PO Box 802068**<br>**Dallas, TX 75380-2068** | - | | **2014**<br>**collections - Blockbuster** | | | | 75.54 |
| Account No. **01055305434**<br><br>**Credit Protection Associates**<br>**PO Box 802068**<br>**Dallas, TX 75380-2068** | - | | **2014**<br>**collections - Blockbuster** | | | | 24.97 |
| Account No. **400208129719**<br><br>**Debt Recovery Solution**<br>**Attention: Bankruptcy**<br>**900 Merchants Concourse Ste LI11**<br>**Westbury, NY 11590** | - | | **Opened 12/01/12**<br>**Factoring Company Account Us Cellular** | | | | 343.00 |

Sheet no. __9__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **760.82**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William J. Benoit**                                                    ,   Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 98441636721E00220090917<br><br>**Dept Of Ed/sallie Mae**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | - | | Opened 9/17/09 Last Active 3/22/11<br>Educational | | | | 0.00 |
| Account No. 98441636721E00120090917<br><br>**Dept Of Ed/sallie Mae**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | - | | Opened 9/17/09 Last Active 3/22/11<br>Educational | | | | 0.00 |
| Account No. 94917<br><br>**Dermatology Center**<br>**4647 West 103rd St**<br>**Oak Lawn, IL 60453-4779** | | | 2004<br>medical | | | | 26.00 |
| Account No. 208129719<br><br>**Diversified Adjustment Serice, Inc**<br>**600 Coon Rapids Blvd**<br>**Minneapolis, MN 55433** | - | | 2008<br>NOTICE ONLY | | | | 0.00 |
| Account No. 17555600<br><br>**Diversified Adjustment Services, In**<br>**PO Box 32145**<br>**Fridley, MN 55432-0145** | - | | 2013<br>collections - US Cellular | | | | 861.66 |

Sheet no. __10__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           887.66

B6F (Official Form 6F) (12/07) - Cont.

In re  **William J. Benoit**                                                              ,   Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **OT57718**<br><br>**Diversified Consultants, Inc**<br>**PO Box 551268**<br>**Jacksonville, FL 32255-1268** | - | | **2014**<br>**collections - Verizon Wireless** | | | | **1,460.18** |
| Account No. **xxx-xx-0046**<br><br>**Douglas Anderson**<br>**11333 North 92nd St, #1113**<br>**Scottsdale, AZ 85260** | - | | **2014**<br>**unsecured** | | | | **12,150.00** |
| Account No. **benoit**<br><br>**Douglas Anderson**<br>**11333 N 92nd St #1113**<br>**Scottsdale, AZ 85260** | - | | **2013-2014**<br>**possible lease deficiency** | | | | **0.00** |
| Account No. **xxx-xx-0046**<br><br>**Drs. Leahy & DiSalva-Ost PC**<br>**4445 West 95th St**<br>**Oak Lawn, IL 60453** | - | | **2014**<br>**medical** | | | | **32.00** |
| Account No. **2013 M 5 001315**<br><br>**Dwayne Dawkins**<br>**4444 Duxbury Lane #201**<br>**Indianapolis, IN 46226** | - | | **2013**<br>**account/delinquent rent** | | | | **1,650.00** |

Sheet no. __11__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,292.18**

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit**                                          ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **12413** <br><br> **Ear Nose & Throat Associates SC** <br> **7350 W. College Drive** <br> **Palos Heights, IL 60463** | - | | 2004 <br> medical | | | | 124.00 |
| Account No. **4919-8** <br><br> **Endodontic & Periodontic Associates** <br> **18130 S. Halsted St** <br> **Homewood, IL 60430** | - | | 2013 <br> medical | | | | 18.60 |
| Account No. **84266886** <br><br> **Enhanced Recovery Corp** <br> **Attention: Client Services** <br> **8014 Bayberry Rd** <br> **Jacksonville, FL 32256** | - | | Opened 12/01/13 <br> Collection Attorney At T | | | | 109.00 |
| Account No. **84441436** <br><br> **Enhanced Recovery Corp** <br> **Attention: Client Services** <br> **8014 Bayberry Rd** <br> **Jacksonville, FL 32256** | - | | Opened 12/01/13 <br> Collection Attorney At T | | | | 80.00 |
| Account No. **3898327** <br><br> **Eos Cca** <br> **700 Longwater Dr** <br> **Norwell, MA 02061** | - | | Opened  8/01/12 <br> Collection Attorney At T Mobility | | | | 1,574.00 |

Sheet no. __12__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,905.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit**                                                    ,    Case No. _____
                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3898327 <br><br> **Eos CCA** <br> **700 Longwater Drive.** <br> **Norwell, MA 02061** | - | | **2014** <br> **collections - AT&T Mobility** | | | | 1,780.93 |
| Account No. 82287937 <br><br> **ER Solutions/Convergent** <br> **Outsourcing, INC** <br> **Po Box 9004** <br> **Renton, WA 98057** | - | | **Opened 10/01/11** <br> **Collection Attorney Sprint** | | | | 651.00 |
| Account No. V2786-5151 <br><br> **Evergreen Emergency Services Ltd** <br> **PO Box 428080** <br> **Evergreen Park, IL 60805** | - | | **2014** <br> **medical** | | | | 124.94 |
| Account No. V443-1812 <br><br> **Evergreen Emergency Services, Ltd** <br> **PO Box 428080** <br> **Evergreen Park, IL 60805** | - | | **2000** <br> **medical** | | | | 79.40 |
| Account No. 4483084058FD00002 <br><br> **Fed Loan Serv** <br> **Po Box 61047** <br> **Harrisburg, PA 17106** | - | | **Opened 8/01/10 Last Active 6/30/14** <br> **Educational** | | | | 8,197.00 |

Sheet no. __13__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,833.27

B6F (Official Form 6F) (12/07) - Cont.

In re   __William J. Benoit_____,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **4483084058FD00006**<br><br>**Fed Loan Serv**<br>**Po Box 61047**<br>**Harrisburg, PA 17106** | - | | | Opened  8/01/11  Last Active  6/30/14<br>Educational | | | | 7,155.00 |
| Account No. **4483084058FD00005**<br><br>**Fed Loan Serv**<br>**Po Box 61047**<br>**Harrisburg, PA 17106** | - | | | Opened  8/01/11  Last Active  6/30/14<br>Educational | | | | 5,500.00 |
| Account No. **4483084058FD00001**<br><br>**Fed Loan Serv**<br>**Po Box 61047**<br>**Harrisburg, PA 17106** | - | | | Opened  8/01/10  Last Active  6/30/14<br>Educational | | | | 5,500.00 |
| Account No. **4483084058FD00004**<br><br>**Fed Loan Serv**<br>**Po Box 61047**<br>**Harrisburg, PA 17106** | - | | | Opened  9/01/09  Last Active  6/30/14<br>Educational | | | | 3,737.00 |
| Account No. **4483084058FD00007**<br><br>**Fed Loan Serv**<br>**Po Box 61047**<br>**Harrisburg, PA 17106** | - | | | Opened  8/01/12  Last Active  6/30/14<br>Educational | | | | 2,507.00 |

Sheet no. __14__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          24,399.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **William J. Benoit**                                                                    ,        Case No. _____
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **4483084058FD00003**<br><br>**Fed Loan Serv**<br>**Po Box 61047**<br>**Harrisburg, PA 17106** | - | | | Opened 9/01/09 Last Active 6/30/14<br>Educational | | | | **2,250.00** |
| Account No. **4483084058FD00008**<br><br>**Fed Loan Serv**<br>**Po Box 61047**<br>**Harrisburg, PA 17106** | - | | | Opened 8/01/12 Last Active 11/01/12<br>Educational | | | | **0.00** |
| Account No. **26080511**<br><br>**First National Collection Bureau**<br>**610 Waltham Way**<br>**Sparks, NV 89434** | - | | | 2006<br>collections - DirectTv | | | | **141.51** |
| Account No. **057958091**<br><br>**First National Collection Bureau, I**<br>**610 Waltham Way**<br>**Sparks, NV 89434** | - | | | 2014<br>collections - AT&T Midwest | | | | **664.66** |
| Account No. **05M1 141419**<br><br>**Ford Motor Credit Company LLC**<br>**c/o Bowman Henitz Boscia & Vician L**<br>**8605 Broadway**<br>**Merrillville, IN 46410** | - | | | 2005<br>judgment | | | | **6,832.00** |

Sheet no. __**15**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,888.17**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William J. Benoit** _____ ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1024223185** <br><br> **Franklin Collection Sv** <br> **2978 W Jackson St** <br> **Tupelo, MS 38801** | - | | **Opened 3/01/14** <br> **Collection Attorney At T** | | | | **73.00** |
| Account No. **BENEL000** <br><br> **Gisela Yingst, MD** <br> **7808 W. College Dr. 3NE** <br> **Palos Heights, IL 60463** | - | | **2009** <br> **medical** | | | | **127.00** |
| Account No. **16475772** <br><br> **Goodwin & Bryan, LLP** <br> **PO Box 221406** <br> **Beachwood, OH 44122** | - | | **2005** <br> **collections - Earthlink/Atlanta** | | | | **47.91** |
| Account No. **xxx-xx-0046** <br><br> **Harris & Harris** <br> **222 Merchandise Mart Plaza** <br> **Suite 1900** <br> **Chicago, IL 60654** | - | | **2009** <br> **NOTICE ONLY** | | | | **0.00** |
| Account No. **22765153** <br><br> **Harris & Harris** <br> **222 Merchandise Mart Plaza** <br> **Suite 1900** <br> **Chicago, IL 60654** | - | | **2014** <br> **collections - Northwestern Memorial** | | | | **25.00** |

Sheet no. __**16**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**272.91**

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit**                                                              , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **512** <br><br> **High Technology** <br> **11800 South Southwest Highway** <br> **Palos Heights, IL 60463** | - | | | 2003 <br> unseucred | | | | 51.16 |
| Account No. **403682** <br><br> **High Technology, Inc** <br> **Slot 30236** <br> **PO Box 66973** <br> **Chicago, IL 60666-0973** | - | | | 2014 <br> unsecured | | | | 347.98 |
| Account No. **BENOIT0000** <br><br> **Holistic Family Medicine** <br> **11110 S Sawyer** <br> **Chicago, IL 60655-4259** | - | | | 2004 <br> medical | | | | 15.00 |
| Account No. **2508** <br><br> **Homefirst Health Services** <br> **PO Box 59430** <br> **Chicago, IL 60659-0430** | - | | | 2004 <br> medical | | | | 246.17 |
| Account No. **69089340-1-89** <br><br> **IC System** <br> **Attn: Bankruptcy** <br> **444 Highway 96 East; Po Box 64378** <br> **St. Paul, MN 55164** | - | | | Opened  5/01/14 <br> Collection Attorney At  T Uverse | | | | 266.00 |

Sheet no. __17__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 926.31 |

B6F (Official Form 6F) (12/07) - Cont.

In re __William J. Benoit_____,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 32857072001<br><br>IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; Po Box 64378<br>St. Paul, MN 55164 | - | | | | Opened 11/01/10<br>Collection Attorney Southwest Dermatology-Chicago | | | | 145.00 |
| Account No. 7221046<br><br>Illinbois Collection Service, Inc<br>PO Box 646<br>Oak Lawn, IL 60454-0646 | - | | | | 2004<br>collections - Northwest Medical Faculty Foundation | | | | 62.50 |
| Account No. 541005162-3941357<br><br>Illinois Collection Services, Inc.<br>4647 W 103rd St<br>PO Box 646<br>Oak Lawn, IL 60454-0646 | - | | | | 2014<br>collections - Pediatric Faculty Foundation | | | | 206.00 |
| Account No. xxx-xx-0046<br><br>Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 | - | | | | 2014<br>tolls | | | | 3,474.70 |
| Account No. 26682<br><br>Internal Medicine Associates<br>201 E. Huron St. #12-205<br>Chicago, IL 60611-3127 | - | | | | 2006<br>medical | | | | 112.00 |

Sheet no. __18__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     4,000.20

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit**                                                              , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **2006 M1 708518** | | | | | **2006** **judgment** | | | | |
| **John Tully** **c/o Spinak Levinson & Assoc** **20 N Clark #3200** **Chicago, IL 60602** | - | | | | | | | | 1,700.00 |
| Account No. **xxx-xx-0046** | | | | | **2014** **unsecured** | | | | |
| **JT Properties** **4649 W. 99th Place** **Oak Lawn, IL 60453** | - | | | | | | | | 42,950.00 |
| Account No. **5500039520779** | | | | | **2008** **collections - Peoples Gas** | | | | |
| **KCA Financial Services** **628 north St.** **Geneva, IL 60134** | - | | | | | | | | 1,756.45 |
| Account No. **158240** | | | | | **Opened  1/01/13** **Collection Attorney Plastic Surgery   Hand Special** | | | | |
| **Keynote Consulting** **220 West Campus Drive** **Suite 102** **Arlington Heights, IL 60004** | - | | | | | | | | 100.00 |
| Account No. **xxx-xx-00416** | | | | | **2013** **medical** | | | | |
| **KLO Dental** **13305 S. Ridgeland Ave** **Unit D** **Palos Heights, IL 60463** | - | | | | | | | | 382.20 |

Sheet no. __19__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,888.65

B6F (Official Form 6F) (12/07) - Cont.

In re   **William J. Benoit**                                          ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-0046** **Law Office of Paul D. Lawent** **330 S. Wells St., Ste 1310** **Chicago, IL 60606** | - | | 2003 unsecured | | | | 115.30 |
| Account No. **xxx-xx-0046** **Len Scaduto Driving School** **4957 W. 95th St.** **Oak Lawn, IL 60453** | - | | 2014 unsecured | | | | 200.00 |
| Account No. **ILol08230897634** **Lighthouse Financial Group** **4300 West Cypress St** **Suite 800** **Tampa, FL 33607** | - | | 2008 unsecured | | | | 2,384.12 |
| Account No. **7137009** **Linebarger Goggan Blair Sampson** **PO Box 06152** **Chicago, IL 60606** | - | | 2014 NOTICE ONLY | | | | 0.00 |
| Account No. **12958648** **Linebarger Goggan Blair Sampson** **PO Box 06152** **Chicago, IL 60606** | - | | 2011 NOTICE ONLY | | | | 0.00 |

Sheet no. __**20**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,699.42

B6F (Official Form 6F) (12/07) - Cont.

In re __William J. Benoit_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10281638**  Linebarger Goggan Blair Sampson PO Box 06152 Chicago, IL 60606 | - | | **2004** **NOTICE ONLY** | | | | 0.00 |
| Account No. **2206**  Little Company of Mary Hospital & Healthcare Centers 2800 W. 95th St. Evergreen Park, IL 60805-2701 | - | | **2014** medical | | | | 24.30 |
| Account No. **V00007903065**  Little Company of Mary Hospital & Healthcare Centers 2800 W. 95th St. Evergreen Park, IL 60805-2701 | - | | **2014** medical | | | | 8.25 |
| Account No. **V000044321812**  Little Company of Mary Hospital & Healthcare Centers 2800 W. 95th St. Evergreen Park, IL 60805-2701 | - | | **2000** medical | | | | 121.00 |
| Account No. **V00005008557**  Little Company of Mary Hospital & Healthcare Centers 2800 W. 95th St. Evergreen Park, IL 60805-2701 | - | | **2000** medical | | | | 7.20 |

Sheet no. __21__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

160.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **William J. Benoit**                                         ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5953241** <br><br> **Malcolm S. Gerald and Associates** <br> **332 S. Michigan Ave.** <br> **Suite 600** <br> **Chicago, IL 60604** | - | | **2010** <br> **collections - Advocate Medical Group** | | | | 25.20 |
| Account No. **2054019** <br><br> **Malcom S. Gerald** <br> **332 S Michigan Suite 600** <br> **Chicago, IL 60604** | - | | **2013** <br> **collection - advocate medical group** | | | | 15.40 |
| Account No. **MCSIBIPT020288635** <br><br> **Mcsi Inc** <br> **Po Box 327** <br> **Palos Heights, IL 60463** | - | | **Last Active  4/29/13** <br> **01 City Of Blue Island** | | | | 0.00 |
| Account No. **V00027865151** <br><br> **Med Business Bureau** <br> **Po Box 1219** <br> **Park Ridge, IL 60068** | - | | **Opened 10/01/13** <br> **Collection Attorney Med1 02 Little Company Of Mary Hospi** | | | | 427.00 |
| Account No. **B000270678** <br><br> **Medical Business Bureau** <br> **Po Box 1219** <br> **Park Ridge, IL 60068-7219** | - | | **2014** <br> **collections - Little Co of Mary-Care** | | | | 17.36 |

Sheet no. __22__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     484.96

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **B000243784**<br><br>**Medical Business Bureau**<br>**Po Box 1219**<br>**Park Ridge, IL 60068-7219** | - | | 2014<br>collections - Little Company of Mary | | | | 427.51 |
| Account No. **128-4249**<br><br>**Medical Collections System, Inc.**<br>**725 S. Wells St., Ste 700**<br>**Chicago, IL 60607** | - | | 2001<br>collections - Evergreen Emergency Services, Ltd | | | | 40.80 |
| Account No. **146-9030**<br><br>**Medical Collections Systems, Inc**<br>**725 S. Wells St. Suite 700**<br>**Chicago, IL 60607** | - | | 2003<br>collections - Evergreen Emergency Services, Ltd | | | | 178.00 |
| Account No. **140-4902**<br><br>**Medical Collections Systems, Inc**<br>**725 S. Wells St.**<br>**Suite 700**<br>**Chicago, IL 60607** | - | | 2002<br>collections - Evergreen Emergency Services, Ltd | | | | 65.40 |
| Account No. **9155978**<br><br>**Medical Recovery Specialists, Inc.**<br>**2250 E. Devon Ave.**<br>**Ste 352**<br>**Des Plaines, IL 60018-4519** | - | | 2013<br>collections - Christ Medical | | | | 694.73 |

Sheet no. __23__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,406.44**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William J. Benoit** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 6580742 | | | | 2008 collections - Christ Medical Center | | | | |
| Medical Recovery Specialists, Inc. 2250 E. Devon Ave. Ste 352 Des Plaines, IL 60018-4519 | - | | | | | | | 235.87 |
| Account No. 7565688 | | | | 2011 collections - Christ Medical Center | | | | |
| Medical Recovery Specialists, Inc. 2250 E. Devon Ave. Ste 352 Des Plaines, IL 60018-4519 | - | | | | | | | 205.95 |
| Account No. 7488738 | | | | 2010 collections - Christ Medical Center | | | | |
| Medical Recovery Specialists, Inc. 2250 E. Devon Ave. Ste 352 Des Plaines, IL 60018-4519 | - | | | | | | | 46.70 |
| Account No. 5617089 | | | | 2003 collections - Christ Medical Center | | | | |
| Medical Recovery Specialists, Inc. 2200 East Devon Ave Suite 288 Des Plaines, IL 60018 | - | | | | | | | 691.00 |
| Account No. 526998893 | | | | 2004 collections - Christ Medical Center | | | | |
| Medical Recovery Specialists, Inc. 2250 E. Devon Ave. Ste 352 Des Plaines, IL 60018-4519 | - | | | | | | | 33.93 |

Sheet no. __24__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,213.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. CV477490<br><br>**Merchants Credit Guide Co.**<br>**223 W Jackson Blvd #700**<br>**Chicago, IL 60606** | - | | 2014<br>collections - Pinnacle Credit Services | | | | 538.47 |
| Account No. 9230860000031133<br><br>**Mfg Financial Inc**<br>**Po Box 526262**<br>**Salt Lake City, UT 84152** | - | | Opened 10/01/11<br>Collection Attorney Lighthouse Financial Iv | | | | 3,983.00 |
| Account No. 031133<br><br>**MFG Financial, Inc.**<br>**PO Box 526262**<br>**Salt Lake City, UT 84152-6262** | - | | 2012<br>collections - Lighthouse Financial | | | | 4,071.29 |
| Account No. 13350-47822377<br><br>**MidAmerica Orthopaedics SC**<br>**75 Remittance Drive, Suite 6035**<br>**Chicago, IL 60675-6035** | - | | 2014<br>medical | | | | 655.50 |
| Account No. 8518798077<br><br>**Midland Credit Management**<br>**PO Box 60578**<br>**Los Angeles, CA 90060-0578** | - | | 2012<br>collections - MCI Communications | | | | 105.13 |

Sheet no. __25__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,353.39

B6F (Official Form 6F) (12/07) - Cont.

In re __**William J. Benoit**_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **49994** <br><br> **Midwesst Anesthesiologists Lts** <br> **185 Penny Ave** <br> **Dundee, IL 60118** | - | | **2004** <br> **medical** | | | | 48.40 |
| Account No. **214067** <br><br> **Midwest Anesthesiologists Lts.** <br> **10660 W 143rd St. Ste B** <br> **Orland Park, IL 60462** | - | | **2000** <br> **medical** | | | | 88.00 |
| Account No. **861-2-0001386808** <br><br> **Midwest Diagnostics** <br> **75 Remittance Drive, Suite 3070** <br> **Chicago, IL 60661** | - | | **2004** <br> **medical** | | | | 140.00 |
| Account No. **861-2-0001054677** <br><br> **Midwest Diagnostics** <br> **75 Remittance Drive, Suite 3070** <br> **Chicago, IL 60661** | - | | **2003** <br> **medical** | | | | 73.20 |
| Account No. **861-2-0001041519** <br><br> **Midwest Diagnostics** <br> **75 Remittance Drive, Suite 3070** <br> **Chicago, IL 60661** | - | | **2003** <br> **medical** | | | | 33.40 |

Sheet no. __**26**__ of __**41**__ sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)     383.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **William J. Benoit**                                                    ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8610000105908 <br><br> **Midwest Diagnostics** <br> **75 Remittance Drive, Suite 3070** <br> **Chicago, IL 60661** | - | | 2001 <br> medical | | | | 28.00 |
| Account No. LR076295 <br><br> **Midwest Medical Record Assoc** <br> **999 Plaza Drive** <br> **Schaumburg, IL 60173** | - | | 2004 <br> collections - Christ Hospital & Medical Ctr | | | | 17.73 |
| Account No. 150756 <br><br> **Midwest Orthopaedic Consultant** <br> **75 Remittance Drive 6581** <br> **Chicago, IL 60675** | - | | 2008 <br> medical | | | | 34.60 |
| Account No. 281075 <br><br> **Midwest Orthopaedics at Rush LLC** <br> **1 West Corporate Center, Suite 240** <br> **Westchester, IL 60154** | - | | 2014 <br> medical | | | | 97.00 |
| Account No. xxx-xx-0046 <br><br> **MiraMed Revenue Group** <br> **Dept 77304** <br> **PO Box 77000** <br> **Detroit, MI 48277-0304** | - | | 2010 <br> collections | | | | 77.90 |

Sheet no. __27__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

255.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit**                                          ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. 9155978<br><br>**Mrsi**<br>**2250 E Devon Ave Ste 352**<br>**Des Plaines, IL 60018** | - | | | | **Opened 6/01/13**<br>**Collection Attorney Christ Medical Center Xy** | | | | 694.00 |
| Account No. 644606<br><br>**Municipal Collection Services**<br>**PO Box 327**<br>**Palos Heights, IL 60463-0327** | - | | | | **2009**<br>**collections - Village of Tinley Park** | | | | 500.00 |
| Account No. 463035<br><br>**Municipal Collection Services, Inc.**<br>**PO Box 666**<br>**Lansing, IL 60438-0666** | - | | | | **2009**<br>**collections - Village of Orland Park** | | | | 1,000.00 |
| Account No. 1679154<br><br>**Municollofam**<br>**3348 Ridge Road**<br>**Lansing, IL 60438** | - | | | | **04 Village Of Orland Park** | | | | 250.00 |
| Account No. 000021734926135<br><br>**National Action Financial Services**<br>**165 Lawrence Bell Drive Ste 100**<br>**PO Box 9027**<br>**Williamsville, NY 14231-9027** | - | | | | **2009**<br>**collections - Blockbuster** | | | | 32.90 |

Sheet no. __28__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,476.90

B6F (Official Form 6F) (12/07) - Cont.

In re  **William J. Benoit**                                              ,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 86236635<br><br>**NCO Financial Systems**<br>**605 W. Edison Suite K**<br>**Mishawaka, IN 46545** | - | | | 2004<br>collections - Christ Hospital & Medical CTR - Outpatient | | | | 900.00 |
| Account No. **xxx-xx-0046**<br><br>**Ned L. Savide, DDS**<br>**12001 S. Harlem Ave**<br>**Palos Heights, IL 60463** | - | | | 2012<br>medical | | | | 256.19 |
| Account No. **2012 M1 724012**<br><br>**Nicholas Kaster**<br>**c/o Hofstetter Daniel F Ltd**<br>**161 N Clark #4700**<br>**Chicago, IL 60601** | - | | | 2012<br>judgment | | | | 5,336.00 |
| Account No. **2011 M1 723498**<br><br>**Nicholas Kuster**<br>**c/o Hofstetter Daniel F Ltd**<br>**161 N Clark #4700**<br>**Chicago, IL 60601** | - | | | 2011<br>judgment | | | | 7,196.00 |
| Account No. **89-66-56-57931**<br><br>**Nicor**<br>**PO Box 5407**<br>**Carol Stream, IL 60197-5407** | - | | | 2014<br>unsecured | | | | 2,000.00 |

Sheet no. __29__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **15,688.19**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit** _____,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **F3076013**  Northland Group Inc. PO Box 390905 Minneapolis, MN 55439 | - | | 2004 collections - Citibank | | | | 435.41 |
| Account No. **3-08281409**  Northwestern Medical Faculty Found 38693 Eagle Way Chicago, IL 60678 | - | | 2013 medical | | | | 81.20 |
| Account No. **002290121E**  Northwestern Medical Group 26609 Network Place Chicago, IL 60673-1266 | - | | 2014 medical | | | | 23.48 |
| Account No. **000065570723-001**  Northwestern Memorial Hosp. PO Box 73690 Chicago, IL 60673-7690 | - | | 2004 medical | | | | 457.76 |
| Account No. **000096939012-001**  Northwestern Memorial Hosp. PO Box 73690 Chicago, IL 60673-7690 | - | | 2007 medical | | | | 110.55 |

Sheet no. __30__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,108.40

B6F (Official Form 6F) (12/07) - Cont.

In re **William J. Benoit** _____,   Case No. _____

　　　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **200744035-001**  <br><br> **Northwestern Memorial Hosp.** <br> **PO Box 73690** <br> **Chicago, IL 60673-7690** | - | | 2008 <br> medical | | | | 17.45 |
| Account No. **214877110-001**  <br><br> **Northwestern Memorial Hosp.** <br> **PO Box 73690** <br> **Chicago, IL 60673-7690** | - | | 2010 <br> medical | | | | 23.45 |
| Account No. **060024898474-001**  <br><br> **Northwestern Memorial Hosp.** <br> **PO Box 73690** <br> **Chicago, IL 60673-7690** | - | | 2013 <br> medical | | | | 550.00 |
| Account No. **000204175178-001**  <br><br> **Northwestern Memorial Hospital** <br> **251 East Huron** <br> **Chicago, IL 60611-2908** | - | | 2008 <br> medical | | | | 292.00 |
| Account No. **76611326-001**  <br><br> **Northwestern Memorial Hospital** <br> **PO Box 73690** <br> **Chicago, IL 60673-7690** | - | | 2006 <br> medical | | | | 8,942.00 |

Sheet no. __31__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)　　9,824.90

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit**                                              ,    Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **409604**<br><br>**Northwestern Memorial Physicans Grp**<br>**75 Remittance Drive #1293**<br>**Chicago, IL 60675-1293** | - | | | | 2010<br>medical | | | | 32.80 |
| Account No. **000102163751**<br><br>**Northwestern Memorial Physicans Grp**<br>**75 Remittance Drive #1293**<br>**Chicago, IL 60675-1293** | - | | | | 2014<br>medical | | | | 3.30 |
| Account No. **36-4959330**<br><br>**Oak Lawn Radiologists, Inc.**<br>**PO Box 3837**<br>**Springfield, IL 62708-3837** | - | | | | 2003<br>medical | | | | 35.00 |
| Account No. **36-3311629**<br><br>**Oak Lawn Radiologists, Inc.**<br>**PO Box 3837**<br>**Springfield, IL 62708-3837** | - | | | | 2001<br>medical | | | | 12.80 |
| Account No. **7793**<br><br>**Oak Ridge Family Dental Center**<br>**4445 W. 95th St**<br>**Oak Lawn, IL 60453-7219** | - | | | | 2012<br>medical | | | | 168.19 |

Sheet no. __32__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

252.09

B6F (Official Form 6F) (12/07) - Cont.

In re   **William J. Benoit**                                                    ,   Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2006 M1 118524** | | | | | **2006 judgment** | | | | |
| **Palisades Collection LLC 210 Sylvan Avenue Englewood Cliffs, NJ 07632** | - | | | | | | | | **2,209.00** |
| Account No. **5500021713228** | | | | | **Opened 6/07/00 Last Active 9/08/04 Agriculture** | | | | |
| **Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601** | - | | | | | | | | **0.00** |
| Account No. **60638889-9889941** | | | | | **2004 unsecured** | | | | |
| **PFG of Minnesota 7825 Washington Ave. S., Suite 310 Minneapolis, MN 55439-2409** | - | | | | | | | | **209.97** |
| Account No. **OT57718** | | | | | **Opened 4/01/14 Factoring Company Account Verizon Wireless** | | | | |
| **Pinnacle Credit Servic 7900 Highway 7 # 100 Saint Louis Park, MN 55426** | - | | | | | | | | **1,460.00** |
| Account No. **24-3311629** | | | | | **2014 medical** | | | | |
| **Practice Resources, Inc. PO Box 3597 Springfield, IL 62708** | - | | | | | | | | **28.00** |

Sheet no. __**33**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,906.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit**                                    ,         Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **24-2839161** | | | | | **2000** medical | | | | |
| **Practice Resources, Inc.** PO Box 3597 Springfield, IL 62708-3597 | - | | | | | | | | 38.00 |
| Account No. **24-1722068** | | | | | **2000** medical | | | | |
| **Practice Resources, Inc.** PO Box 3597 Springfield, IL 62708-3597 | - | | | | | | | | 16.80 |
| Account No. **189000024 PGM** | | | | | **2014** medical | | | | |
| **Premiere General Medicine SC** PO Box 11009 Olympia, WA 98508-1009 | - | | | | | | | | 25.00 |
| Account No. **1300400055-15656** | | | | | **2014** collections - Metrosouth Medical Center | | | | |
| **Professional Account Services** PO Box 188 Brentwood, TN 37024-0188 | - | | | | | | | | 56.53 |
| Account No. **892463** | | | | | **2002** collections - City of Chicago Dept of Revenue | | | | |
| **Progressive Recovery Technology** PO Box 805030 Chicago, IL 60680-4111 | - | | | | | | | | 185.00 |

Sheet no. __34__ of __41__ sheets attached to Schedule of          Subtotal          321.33
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit**                                              ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5476**<br><br>**Pulmonary & Critical Care Consult**<br>**PO Box 379**<br>**Orland Park, IL 60462** | - | | 2004<br>medical | | | | 4.30 |
| Account No. **0035566694**<br><br>**Retrieval-Masters Creditors Bureau**<br>**2269 S. Saw Mill River Road**<br>**Building 3**<br>**Elmsford, NY 10523** | - | | 2009<br>collections - Highlights for Children | | | | 24.84 |
| Account No. **20552902**<br><br>**Revenue Production Management, Inc**<br>**PO Box 830913**<br>**Birmingham, AL 35283-0913** | - | | 2007<br>collections - Northwestern Med Fac. Fund | | | | 116.00 |
| Account No. **17194244**<br><br>**Revenue Production Management, Inc**<br>**PO Box 925**<br>**Rosemont, IL 60018-0925** | - | | 2006<br>collections - Northwestern Med Faculty Fund | | | | 1,260.00 |
| Account No. **17365689**<br><br>**Revenue Production Management, Inc.**<br>**PO Box 830913**<br>**Birmingham, AL 35283-0913** | - | | 2006<br>collections - Northwestern Med Faculty Fund | | | | 283.00 |

Sheet no. __35__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,688.14**

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit**                                              ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **6508561** <br><br> **Safeway, Inc.** <br> **PO Box 1128** <br> **San Ramon, CA 94583-1128** | - | | | **2006** <br> **unsecured** | | | | **150.00** |
| Account No. **98441636721000120090917** <br><br> **Sallie Mae** <br> **11100 Usa Pkwy** <br> **Fishers, IN 46037** | - | | | **Opened 9/01/09 Last Active 9/01/10** <br> **Educational** | | | | **0.00** |
| Account No. **98441636721000220090917** <br><br> **Sallie Mae** <br> **11100 Usa Pkwy** <br> **Fishers, IN 46037** | - | | | **Opened 9/01/09 Last Active 9/01/10** <br> **Educational** | | | | **0.00** |
| Account No. **41337106** <br><br> **Shapiro & Kreisman LLC** <br> **4201 Lake Cook Road** <br> **Northbrook, IL 60062** | - | | | **2004** <br> **surrendered property through foreclosure/ notice only** | | | | **0.00** |
| Account No. **3563** <br><br> **Southside Orthopaedics, PC** <br> **Drs Regan & Liston** <br> **10660 W 143rd St., Suite B** <br> **Orland Park, IL 60462** | - | | | **2014** <br> **medical** | | | | **200.00** |

Sheet no. __**36**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **350.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit**                                          ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **BENWI000**<br><br>**Southwest Dermatology**<br>**7123**<br>**West Archer Ave**<br>**Chicago, IL 60638** | - | | 2010<br>medical | | | | 145.00 |
| Account No. **5012-HEMO**<br><br>**Southwest Hematology**<br>**621 Plainfield Rd. Ste 406**<br>**Willowbrook, IL 60527-5391** | - | | 2004<br>medical | | | | 91.40 |
| Account No. **xxx-xx-0046**<br><br>**St. Germaine**<br>**9735 S. Kolin**<br>**Oak Lawn, IL 60453** | - | | 2014<br>unsecured | | | | 4,000.00 |
| Account No. **xxx-xx-0466**<br><br>**St. John Fisher**<br>**10234 W. Washtenan**<br>**Chicago, IL 60655** | - | | 2014<br>unsecured | | | | 7,000.00 |
| Account No. **3738522**<br><br>**State Collection Service**<br>**PO Box 6250**<br>**Madison, WI 53716-0250** | - | | 2004<br>collection - ACL Labratories | | | | 44.81 |

Sheet no. __37__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,281.21

B6F (Official Form 6F) (12/07) - Cont.

In re   **William J. Benoit**                                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-0046**<br><br>**Steven F. Soltes, MD, Ltd**<br>**10522 South Cicero Ave**<br>**Oak Lawn, IL 60453** | - | | 2000<br>medical | | | | 363.00 |
| Account No. **BENDA000**<br><br>**Suburban Pediatric Pulmonolgy**<br>**Bolingbrook Medical Center**<br>**420 Medical Ctr Dr, Ste 240**<br>**Bolingbrook, IL 60440** | - | | 2003<br>medical | | | | 37.00 |
| Account No. **1932318**<br><br>**Take Care Health Systems**<br>**4165 30th Ave Soutbh, Suite 101**<br>**Fargo, ND 58104-8419** | | | 2009<br>unsecured | | | | 15.00 |
| Account No. **9875722460**<br><br>**TCF Bank**<br>**500 W. Joliet Rd**<br>**Willowbrook, IL 60527** | - | | 2014<br>unsecured | | | | 1,000.00 |
| Account No. **69408**<br><br>**The Cardiology Group, LLC**<br>**2850 W 95th St**<br>**Suite 305**<br>**Evergreen Park, IL 60805-2701** | - | | 2013<br>medical | | | | 1.40 |

Sheet no. __38__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,416.40**

B6F (Official Form 6F) (12/07) - Cont.

In re    **William J. Benoit**
_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **523970**<br><br>**The Universitty of Chicago Hosp.**<br>**PO Box 70565**<br>**Chicago, IL 60673-0565** | - | | **2003**<br>**medical** | | | | 84.65 |
| Account No. **xxx-xx-0046**<br><br>**Trustmark Recovery Service**<br>**541 Otis Bowen Drive**<br>**Munster, IN 46321** | - | | **2009**<br>**collectons - Oaklawn Radiologu** | | | | 6.70 |
| Account No. **13469709**<br><br>**Unique National Collec**<br>**119 E Maple St**<br>**Jeffersonville, IN 47130** | | | **Opened  5/01/13**<br>**Collection Attorney Oak Lawn Public Library** | | | | 98.00 |
| Account No. **3-413097**<br><br>**University of Chicago Physicians Gr**<br>**PO Box 75307**<br>**Suite 1385**<br>**Chicago, IL 60675-5307** | - | | **2003**<br>**medical** | | | | 9.40 |
| Account No. **V00005028434**<br><br>**Van Ru Credit Corporation**<br>**10024 Skokie Blvd**<br>**PO Box 1109**<br>**Skokie, IL 60077-1109** | - | | **2014**<br>**collections - Little Company of Mary** | | | | 14.52 |

Sheet no. __**39**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

213.27

B6F (Official Form 6F) (12/07) - Cont.

In re  **William J. Benoit** _____ ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **V00006161308** <br><br> **Van Ru Credit Corporation** <br> **10024 Skokie Blvd, Ste 2** <br> **Skokie, IL 60077** | - | | 2001 <br> collections - Little Company of Mary | | | | 31.85 |
| Account No. **2-4500025-04** <br><br> **Village of Oak Lawn** <br> **9446 S. Raymond Ave** <br> **Oak Lawn, IL 60453-2449** | - | | 2013 <br> unsecured | | | | 195.90 |
| Account No. **TW111710364** <br><br> **Village of Oak Park** <br> **C/O MSB Parking** <br> **PO Box 10479** <br> **Newport Beach, CA 92658-0479** | - | | 2011 <br> parking tickets/fines | | | | 60.00 |
| Account No. **5713075659** <br><br> **Walgreens Home Care Inc.** <br> **PO Box 90600** <br> **Chicago, IL 60696-0600** | - | | 2007 <br> unsecured | | | | 23.20 |
| Account No. **2007 M1 707310** <br><br> **Wayne Hummer Trust** <br> **c/o Thomas Murphy law Office** <br> **10540 S. Western Ave #202** <br> **Chicago, IL 60643** | - | | 2007 <br> judgment | | | | 11,700.00 |

Sheet no. __40__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,010.95

B6F (Official Form 6F) (12/07) - Cont.

In re  **William J. Benoit**                                                              ,     Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **29759**<br><br>**Wicker Park Dermatology**<br>**1455 N. Milwaukee Ave**<br>**2nd Floor**<br>**Chicago, IL 60622** | - | | | **2010**<br>**medical** | | | | **215.00** |
| Account No. **148359803**<br><br>**Wolfpoff & Abramson, LLP**<br>**Two Irvington Centre**<br>**702 King Farm Blvd**<br>**Rockville, MD 20850-5775** | - | | | **2006**<br>**NOTICE ONLY** | | | | **0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __41__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **215.00**

Total
(Report on Summary of Schedules)   **229,899.13**

B6G (Official Form 6G) (12/07)

.

In re **William J. Benoit**                                                                          Case No. _____
,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Douglas Anderson**<br>**11333 North 92nd St. #1113**<br>**Scottsdale, AZ 85260** | **lease for property at 10453 S. Kedzie, Chicago, IL 60655**<br>**11/1/14 through 10/31/14** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **William J. Benoit**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **William J. Benoit** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I
# Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status* | | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **Engineer, laid off 8/4/14** | |
| Employer's name | | **Peak Electric** | |
| Employer's address | | **8400 S. 77th Ave.**<br>**Bridgeview, IL 60455** | |
| How long employed there? | | **2 months, laid off 8/4/14** | |

*See Attachment for Additional Employment Information

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **5,610.80** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **5,610.80** | $ **N/A** |

| Debtor 1 | **William J. Benoit** | | Case number *(if known)* | |

|  | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **5,610.80** | $ **N/A** |
| **5.** | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **1,690.00** | $ **N/A** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| | 5e. **Insurance** | 5e. | $ **216.67** | $ **N/A** |
| | 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| | 5g. **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **N/A** |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **1,906.67** | $ **N/A** |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **3,704.13** | $ **N/A** |
| **8.** | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **N/A** |
| | 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **N/A** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| | 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| | 8e. **Social Security** | 8e. | $ **0.00** | $ **N/A** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **N/A** |
| | 8g. **Pension or retirement income** | 8g. | $ **0.00** | $ **N/A** |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ **0.00** + | $ **N/A** |
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **N/A** |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **3,704.13** + $ **N/A** = | $ **3,704.13** |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: _____ | 11. | +$ **0.00** | |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ **3,704.13** **Combined monthly income** | |

**13.  Do you expect an increase or decrease within the year after you file this form?**

☐  No.

■  Yes. Explain:  **Debtor laid off 8/4/14 and looking for a new job, possibly at Loretta Hospital on 8/18/14 at 32.37/hour. Schedule I income based on this income, estimated deductions, etc. Debtor's Food Stamps/SNAP benefits have ended AUgust 2014 and not included on Schedule I.**

Debtor 1   **William J. Benoit** _____    Case number (*if known*) _____

## Official Form B 6I
## Attachment for Additional Employment Information

| Debtor | | |
|---|---|---|
| Occupation | **Operating Engineer** | |
| Name of Employer | **Loretta Hospital** | |
| How long employed | **set to start job 8/18/14** | |
| Address of Employer | **645 S. Central** | |
| | **Chicago, IL 60644** | |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **William J. Benoit** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                    12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ■ Yes. Fill out this information for each dependent.............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 13 | ☐ No ■ Yes |
| Daughter | 15 | ☐ No ■ Yes |
| Son | 17 | ☐ No ■ Yes |
| Son | 19 | ☐ No ■ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)**

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.        4. $ **1,350.00**

   **If not included in line 4:**

   4a.   Real estate taxes                                              4a. $ **0.00**
   4b.   Property, homeowner's, or renter's insurance                    4b. $ **0.00**
   4c.   Home maintenance, repair, and upkeep expenses                   4c. $ **0.00**
   4d.   Homeowner's association or condominium dues                     4d. $ **0.00**

5.  **Additional mortgage payments for your residence,** such as home equity loans   5. $ **0.00**

Debtor 1  **William J. Benoit** _____   Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.    Electricity, heat, natural gas | 6a. $ | 390.00 |
| | 6b.    Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d.    Other. Specify:    **Cell phones (3-4 phones)** | 6d. $ | 260.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 900.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 260.00 |
| 10. | **Personal care products and services** | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 450.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. $ | 0.00 |
| | 15b.   Health insurance | 15b. $ | 0.00 |
| | 15c.   Vehicle insurance | 15c. $ | 100.00 |
| | 15d.   Other insurance. Specify: _____ | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.   Other. Specify: _____ | 17c. $ | 0.00 |
| | 17d.   Other. Specify: _____ | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.   Mortgages on other property | 20a. $ | 0.00 |
| | 20b.   Real estate taxes | 20b. $ | 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other: Specify:    Personal Grooming** | 21. +$ | 150.00 |
| | **Banking & Postage** | +$ | 5.00 |
| | **Plates/Fees** | +$ | 40.00 |
| | **Car repairs/maintenance/oil changes** | +$ | 50.00 |
| | **Tolls/Parking** | +$ | 10.00 |
| | **school fees, supplies, books, etc. (4 kids)** | +$ | 200.00 |
| | **public transportaiton for dependents** | +$ | 300.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | 4,665.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.   Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 3,704.13 |
| | 23b.   Copy your monthly expenses from line 22 above. | 23b. -$ | 4,665.00 |
| | 23c.   Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -960.87 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ■ No.
   ☐ Yes.
Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **William J. Benoit**                                          Case No.
                                          Debtor(s)          Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **58** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 11, 2014**                    Signature    **/s/ William J. Benoit**

                                                         **William J. Benoit**
                                                         Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **William J. Benoit**          Case No. _____

                Debtor(s)      Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$6,416.00** | **2013 income, per 2013 taxes** |
| **$29,127.00** | **2012 income, per 2012 taxes** |
| **$9,504.00** | **2014 year to date income, per pay advices (laid off 8/4/14)** |

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$13,502.00** | **2013 unemployment compensation, per 2013 taxes** |

B7 (Official Form 7) (04/13)
2

| AMOUNT | SOURCE |
|---|---|
| $1,176.00 | 2012 unemployment compensation, per 2012 taxes |
| $5,107.00 | 2014 unemployment compensation, per u/e ledger (ended 3/6/14) |
| $5,600.00 | 2014 DHS / SNAP benefits (Jan through August 2014) - 700/month |
| $3,500.00 | 2013 DHS / SnAp benefits (700/month August 2013 through December 2013) |

### 3. Payments to creditors

**None** ■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

b.   *Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** □

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Numerous lawsuits as shown and listed on Schedule F, but not in the last year.** | | | |
| **2013 M 5 001315 Dwayne Dawkins v Debtor** | **Collections/Order for Possession** | **Cook County, Circuit Court** | **Order for Possession / $1650.00 Judgment** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| None | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| --- | --- |
| ■ | |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

| None | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| --- | --- |
| ☐ | |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Ford Motor Credit** **PO Box 542000** **Omaha, NE 68154** | **2005** | **1999 Ford Windstar, NEED VALUE** |
| **Lighthouse Finance** **4950 N. Cumberland Ave., Suite 1** **Chicago, IL 60706** | **2007** | **1995 Lincoln Towncar/Signature Series** |

---

**6. Assignments and receiverships**

| None | a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| --- | --- |
| ■ | |

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

| None | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| --- | --- |
| ■ | |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

**7. Gifts**

| None | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| --- | --- |
| ■ | |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)

4

## 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Trepeck Law Grp LLC-ChicagoDebtSolutions**<br>**One South Dearborn Street**<br>**Suite 2100**<br>**Chicago, IL 60603** | **2014** | **Total Attorneys fees of $1550.00, paid prior to filing. Filing fee of $335.00 paid for court filing fees.** |

## 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Buyer/No Relationship**<br>**2602 W. 106th**<br>**Chicago, IL 60655**<br>    **buyer/seller only** | **2005** | **Property located at 2602 W. 106th Place, Chicago, IL 60655. Amount received $6k- property was in foreclosure and sold as part of divorce.** |
| **Buyer - Joseph Vertis**<br>**unknown**<br>    **buyer/seller only** | **April 26, 2014** | **Sold vehicle for $2600.00 - 2001 Mercury Grand Marquis. Used funds to purchase current vehilce 2001 Chevy Suburban as listed on Schedule B. Purchased Suburban for 1.00 from a friend. Used $2500.00 from sale for living between jobs, gas, food, utilities, for debtor and dependents. Paid for tax, title and transfer of plates to new car and needed new tires on Suburban.** |
| **Mega Sports**<br><br>    **retailer/buyer/seller only** | **October 2013** | **debtor sold his guns back to retailer where he bought them so he could have cash/money to live and eat while unemployed.**<br>**Received $400.00 for these.**<br>**Sigsauer 9 mm P226.** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 10025 S. Kilbourn Oak Lawn, IL | William J. Benoit | 10/2013-10/2012 |
| 9640 S. Kilbourn Oak Lawn, IL | William J. Benoit | 10/2012-10/2010 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
■　　a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                          DATES SERVICES RENDERED

None
■　　b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■　　c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None
■　　d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

---

### 20. Inventories

None
■　　a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR                  DOLLAR AMOUNT OF INVENTORY
                                                                 (Specify cost, market or other basis)

None
■　　b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                           RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■　　a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST                  PERCENTAGE OF INTEREST

None
■　　b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                          TITLE                          NATURE AND PERCENTAGE
                                                                         OF STOCK OWNERSHIP

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B7 (Official Form 7) (04/13)
8

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                  ADDRESS                                  DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                          DATE AND PURPOSE                          AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                  OF WITHDRAWAL                          OR DESCRIPTION AND
                                                                             VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                  TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                  TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **August 11, 2014**                          Signature   **/s/ William J. Benoit**
                                                                **William J. Benoit**
                                                                Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **William J. Benoit**                                              Case No.
_____          _____
                              Debtor(s)                    Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>-NONE- | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered          ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>☐ Claimed as Exempt          ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **August 11, 2014**                    Signature   **/s/ William J. Benoit**
_____                         _____
                                                         **William J. Benoit**
                                                         Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   __William J. Benoit_____     Case No. _____
                                        Debtor(s)          Chapter   __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 1,550.00 |
    | Prior to the filing of this statement I have received | $ | 1,550.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   __August 11, 2014_____        /s/ Julie Trepeck
                                                     **Julie Trepeck #6287558**
                                                     **Trepeck Bane, PC**
                                                     **One South Dearborn**
                                                     **Suite 2100**
                                                     **Chicago, IL 60603**
                                                     **312.533.4077  Fax: 312.283.0276**
                                                     **jtrepeck@trepeckbane.com**

---

| | | Non-Dischargeable Debts |
|---|---|---|
| 1st Mtg/Arrears _____ | Real Estate n/a | Taxes _____ |
| 2nd Mtg/Arrears _____ | | Student Loans S/Ls |
| Auto 1 _Reaff-pmt._ | | Child Support/DSO _____ |
| Auto 2 _____ | Personal Prop N/A | Tickets/Fines TIX |
| PMSI _____ | | NSF _____ |
| Non-PMSI _____ | Unsecured Debts | Overpay Gov't Asst. _____ |
| Other _____ | $ 80-100K. | Fraud/Other bills |
| | | schol fees 4 kids!! |

**Cosigned Debt (Yes/No)** _____    **Wage Assign (Yes/No)** _____    **MAV (Yes/No)** _____    **722 (Yes/No)** _____

THE BANKRUPTCY WILL NOT BE FILED UNTIL ATTORNEYS FEES & COSTS ARE PAID IN FULL AND ALL REQUIRED DOCUMENTS ARE RECEIVED AND PROCESSED BY THE ATTORNEYS. *Please make all payments payable to "Chicago Debt Solutions" or "Trepeck Bane, P.C."*

---

**Chapter 7 Attorneys' Fees → Fee: $ _1550-_ + $ _____ (cr. report) + $ _335_ (court filing fee)**
Retainer paid: $ _100_ ; Balance due to file: _1450_ + $306.00 court filing fee
Note: Additional fees for Chapter 7 Budget Analysis; Review of reaffirmation agreements for secured debts: $100 each.

---

**Chapter 13 Attorneys' Fees → Total Fee: $ _____ /Fee to file: $ _____ + $ _____ (court filing fee)**
Retainer paid: $ _____ ; Balance due to file: _____ + $281.00 court filing fee
The remaining balance of $ _____ + $ _____ (cr. report) will be paid through the Chapter 13 Plan.

---

*Estimated* **Chapter 13 Plan Payment (to be paid to the Chapter 13 Trustee, *due 30 days after filing date*:**
$ _____ for _____ months, paying an estimated _____ % to the unsecured, non-priority creditor claims, possibly adding my tax refunds for the Plan's term to the funds allocated to pay my creditors.
A Chapter 13 Plan is based on a Means Test calculation of debtor's income and allowable expenses over the 6 months directly preceding the case
THE ESTIMATED PLAN PAYMENT CAN CHANGE BEFORE FILING. The Chapter 13 payment shown above is only an estimate and may increase or decrease based on a number of factors including, but not limited to, claims filed, balances on debts, increased income, decreased expenses, or differences in values of assets/property, or any changes in state or federal law. Some non-dischargeable debts could survive the Bankruptcy.

---

**PARTIES:** This agreement is entered into between Trepeck Law Group, LLC (LG) (not any informal attorney or agent of LG), a debt relief agency and law firm and the person indicated below (Client) on date below. Client has retained LG as its attorneys to consult and advise Client regarding a bankruptcy, as indicated herein. LG agrees to use its best efforts and abilities in representing Client. LG is *not* retained to represent/appear for Client in any other state or federal proceedings. **FEES:** Client agrees to pay LG the flat fee indicated (earned upon receipt), court costs, and fees for credit reports (disclosed above). The attorneys' fee provided does not include costs for: mandatory credit counseling or debtor education requirements; or third party fees for due diligence requirements (ie. appraisals/comparative market analyses, credit reports, tax transcripts, title searches, etc.). The filing fee is separate from other fees. Any Chapter 13 post-petition portions of the fee, as indicated, shall be paid through the Chapter 13 Plan. Should the case be dismissed prior to LG receiving the full post-petition balance due, such balance is due and must be paid within 14 days of said dismissal. LG retains the right to refer Client's account for collection without further notice where Client will also be responsible for reasonable collection costs, including attorneys' fees and court costs. Client acknowledges that there may be additional attorneys' fees and court costs incurred in the event of Conversion to a different Chapter under the Bankruptcy Code. Client agrees to reimburse LG for any reasonable costs and fees incurred by LG as a result of dishonored checks/ACH payments (no less than $35). Client agrees to pay attorneys' fees in a timely manner. If fees are not paid timely, LG reserves the right to close Client's file and terminate services. Should Client want to reopen the file with LG, LG may re-evaluate the file, charge additional fees and/or require additional information. **BASIC SERVICES:** LG agrees to provide basic bankruptcy legal services, which include, but are not limited to: taking creditor calls; advice before/during the case regarding bankruptcy rules and their nature/effect on Client; preparation/filing of bankruptcy petition and schedules; represent Client at the Meeting of Creditors and confirmation hearings; settling valuation disputes prior to confirmation; submitting information for trustee requests; and other regular services not specifically stated. **NON-BASIC SERVICES (additional fees):** Client understands LG can charge an additional $100 to review reaffirmation agreements and sign off on such (such fee includes review of budget and filing needed necessary). The basic attorney fee (without an additional charge) includes advice to Client about the reaffirmation process. LG may charge additional fees (standard billable rate) for any non-basic services where a regular fee is not indicated (ie. adversary proceedings; actions to enforce the automatic stay; actions to enforce the discharge injunction; Rule 2004 examinations; depositions; interrogatories; or other discovery proceedings (other than the initial Meeting of Creditors); contested matters; delays caused by Client). LG can also charge additional fees for: a continued Meeting of Creditors, if continued because of Client's failure to appear or failure to bring photo i.d. and social security card ($300); motions to avoid liens ($250 per motion); motions for redemption under §722; redemption and replacement loan review, motions, and related work ($600); retrieval and duplication of documents and information; Amendments to creditors' schedules ($200 plus $26 filing fee)). **BILLABLE RATES:** Where hourly rates apply, LG shall charge $325 per hour for attorney time and $75 per hour for non-attorney time, with such rates subject to periodic review and increase to remain comparable with similar firms/attorneys. **TERMINATION:** If Client wishes to end services with LG, Client shall notify LG in writing. Client will receive an accounting for time/services rendered (within a reasonable time) and a refund check, if any refund is due. To determine fees earned, LG shall use its standard hourly billing rates for time expended. LG's services will automatically terminate at dismissal and/or entry of a discharge order, except where Client seeks to enforce dismissal/discharge, and where Client seeks to reverse same. **DUTIES:** In addition to other obligations from this agreement, Client also agrees to carry out obligations pursuant to the Bankruptcy Code, including: providing any and all requested information and documentation to LG [as outlined in Client's folder, checklists and instruction sheets (incorporated by reference and made part herein)]; making a FULL DISCLOSURE of all property, assets, liabilities, and financial information regardless of intentions; notifying LG of any changes in address, email, phone numbers or other information; and to cooperate fully with any other requests by any person at LG. Client understands LG is a group practice where more than one attorney or assistant may have responsibilities or perform different tasks on the file. Client understands that s/he is expected to keep and maintain copies of all documents and information submitted to LG (as stated above, LG can charge a reasonable retrieval and duplication fee for information from Client's file). **AUTHORIZATION & COMMUNICATION:** Client's signature on this agreement authorizes LG to file a bankruptcy petition and all other filings for Client via the Bankruptcy Court's electronic system. LG will communicate with Client via email (if provided), phone and first class mail and Client understands their obligation to check notifications on all said forms. **MANDATORY DISCLOSURE:** The Bankruptcy Abuse and Prevention and Consumer Protection Act of 2005 requires LG to provide mandatory disclosures and notices to Client. Client acknowledges that s/he has received, read and understood the "§527(a) Notice" and the "Important Information About Bankruptcy Assistance Services From an Attorney or Bankruptcy Petition Preparer." **MISCELLANEOUS:** LG assumes no liability for changes in the law (after the advice provided, based on current law and is subject to change. LG may consult with or hire co-counsel or independent attorneys, as needed, at LG's expense, to work on Client's file, dividing fees on the basis of responsibility. LG may have attorneys within the firm, or outside counsel, review client's file to explore other possible causes of action that Client may have. LG is free to hire local counsel to appear with Client at their meetings, motions or other court dates and are at the expense of LG. The entire contract is contained herein, except as otherwise noted. All local rules, procedures, and "Court-Approved Retention Agreement," with corresponding rights/obligations is specifically understood and made a part; Client agrees s/he is bound by additional terms and conditions.

*The undersigned agree to the terms and have read and understand this Agreement.*

X _William Benoit_    _____    Date _7-14-14_
(Debtor, print)          (Debtor, sign)

X _____    _____    Date _____
(Joint Debtor, print)        (Joint Debtor, sign)

**Chicago Debt Solutions / Trepeck Bane, P.C. By:** _____ (atty)

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

Form B 201A, Notice to Consumer Debtor(s)                                                                                        Page 2

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### __Chapter 11__: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### __Chapter 12__: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. __Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials__

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **William J. Benoit**

Debtor(s)

Case No. _____

Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **William J. Benoit** | X **/s/ William J. Benoit** | **August 11, 2014** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

Case No. (if known)  _____

X _____

Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **William J. Benoit**                                           Case No.

                                                 Debtor(s)         Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                     **172**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **August 11, 2014**                  **/s/ William J. Benoit**

                                           **William J. Benoit**

                                         Signature of Debtor

ACL, Inc.
PO Box 27901
West Allis, WI 53227


Actve Life Chiropractic Center
10761 W. 163 rd Place
Orland Park, IL 60467


Advocate Christ Medical Center
P.O. Box 70508
Chicago, IL 60673


Advocate Christ Medical Center
PO Box 70508
Chicago, IL 60673-0508


Advocate Christ Medical Center
4440 West 95th Street
Oak Lawn, IL 60453


Advocate Home Care Products
28511 Network Place
Chicago, IL 60673-1285


Advocate MSO Services
75 Remittance Dr
Suite 6010
Chicago, IL 60675-6010


Afni, Inc.
PO Box 3517
Albany, GA 31702-3517


Allied Interstate, Inc
PO Box 369008
Columbus, OH 43236-9008


America Online Credit Dept
PO Box 29593
New York, NY 10087-9593


Anchor Receivables Management
PO BOx 41003
Norfolk, VA 23541-1003

Annita John MD., PC
2640 Chesire Drive
Aurora, IL 60504-5233


Annita John, MD., PC
PO Box 1270
Matteson, IL 60443


Asset Acceptance
PO Box 2036
Warren, MI 48090-2036


Berks Credit & Coll
900 Corporate Dr
Reading, PA 19605


Blatt, Hassenmiller, Leibsker & Moo
125 S. Wacker Dr., Suite 400
Chicago, IL 60606


Blitt & Gaines, P.C.
318 W adams St, Suite 1600
Chicago, IL 60606


Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


Brosnan Dental Ltd
10522 S. Cicero Ave #204
Oak Lawn, IL 60453


Capital Management Services, LP
726 Exchange St., Suite 700
Buffalo, NY 14210


Care Station Physicans
5660 W. 95th St.
Oak Lawn, IL 60453


CB USA Inc.
Muenich Court and Hohman Ave
PO Box 8000
Hammond, IN 46325-9998

Chicago Lake Shore Medical
Department 4373
Carol Stream, IL 60122-4373


ChicagolandElectricalIndustry cr Un
c/o of Edelstein & Edelstein PC
3825 W Montrose Ave
Chicago, IL 60618


Children's Memorial Medical Ctr
75 Remittance Drive
Suite 92611
Chicago, IL 60675-2611


Choice Recovery
1550 Old Henderson Rd St
Columbus, OH 43220


Christ Hospital & Medical Center
4440 W. 95th St.
Oak Lawn, IL 60453


Christ Hospital & Medical Center
4440 W 95th
Oak Lawn, IL 60453


Christ Hospital & Medical Center
PO Box 70508
Chicago, IL 60673


Christ Hospital and Medical Center
PO Box 70508
Chicago, IL 60673


Christ Hospital and Medical Ctr
PO Box 70508
Chicago, IL 60673


Christ Medical Group
701 Lee St
Des Plaines, IL 60016

City of Chicago
Dept. of Revenue
333 South State St., Suite 300
Chicago, IL 60604


Colection Professional, Inc
PO Box 416
La Salle, IL 61301-0416


Comed
PO Box 6111
Carol Stream, IL 60197-6111


Conserve
200 Cross Keys Office Pa
Fairport, NY 14450


Continental Serice Group
200 CrossKeys Office Park
Fairport, NY 14450


Cook County Dept of Revenue
Non-retailer Use Tax
PO Box


Credit Collections Services
2 Wells Ave., Dept 9136
Newton Center, MA 02459


Credit Management
4200 International Pwy
Carrollton, TX 75007


Credit Management Services
9525 Sweet Valley Drive
Valley View, OH 44125


Credit Protection Associates
PO Box 802068
Dallas, TX 75380-2068


Debt Recovery Solution
Attention: Bankruptcy
900 Merchants Concourse Ste Ll11
Westbury, NY 11590

Dept Of Ed/sallie Mae
11100 Usa Pkwy
Fishers, IN 46037


Dermatology Center
4647 West 103rd St
Oak Lawn, IL 60453-4779


Diversified Adjustment Serice, Inc
600 Coon Rapids Blvd
Minneapolis, MN 55433


Diversified Adjustment Services, In
PO Box 32145
Fridley, MN 55432-0145


Diversified Consultants, Inc
PO Box 551268
Jacksonville, FL 32255-1268


Douglas Anderson
11333 North 92nd St, #1113
Scottsdale, AZ 85260


Douglas Anderson
11333 N 92nd St #1113
Scottsdale, AZ 85260


Douglas Anderson
11333 North 92nd St. #1113
Scottsdale, AZ 85260


Drs. Leahy & DiSalva-Ost PC
4445 West 95th St
Oak Lawn, IL 60453


Dwayne Dawkins
4444 Duxbury Lane #201
Indianapolis, IN 46226


Ear Nose & Throat Associates SC
7350 W. College Drive
Palos Heights, IL 60463

Endodontic & Periodontic Associates
18130 S. Halsted St
Homewood, IL 60430


Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256


Eos Cca
700 Longwater Dr
Norwell, MA 02061


Eos CCA
700 Longwater Drive.
Norwell, MA 02061


ER Solutions/Convergent Outsourcing, INC
Po Box 9004
Renton, WA 98057


Evergreen Emergency Services Ltd
PO Box 428080
Evergreen Park, IL 60805


Evergreen Emergency Services, Ltd
PO Box 428080
Evergreen Park, IL 60805


Fed Loan Serv
Po Box 61047
Harrisburg, PA 17106


First National Collection Bureau
610 Waltham Way
Sparks, NV 89434


First National Collection Bureau, I
610 Waltham Way
Sparks, NV 89434


Ford Motor Credit Co.
PO Box 64400
Colorado Springs, CO 80962

Ford Motor Credit Co.
Dept 194101
Po box 55000
Detroit, MI 48255-1941


Ford Motor Credit Company LLC
c/o Bowman Henitz Boscia & Vician L
8605 Broadway
Merrillville, IN 46410


Franklin Collection Sv
2978 W Jackson St
Tupelo, MS 38801


Gisela Yingst, MD
7808 W. College Dr. 3NE
Palos Heights, IL 60463


Goodwin & Bryan, LLP
PO Box 221406
Beachwood, OH 44122


Harris & Harris
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


High Technology
11800 South Southwest Highway
Palos Heights, IL 60463


High Technology, Inc
Slot 30236
PO Box 66973
Chicago, IL 60666-0973


Holistic Family Medicine
11110 S Sawyer
Chicago, IL 60655-4259


Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500

Homefirst Health Services
PO Box 59430
Chicago, IL 60659-0430


IC System
Attn: Bankruptcy
444 Highway 96 East; Po Box 64378
St. Paul, MN 55164


Illinbois Collection Service, Inc
PO Box 646
Oak Lawn, IL 60454-0646


Illinois Collection Services, Inc.
4647 W 103rd St
PO Box 646
Oak Lawn, IL 60454-0646


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Internal Medicine Associates
201 E. Huron St. #12-205
Chicago, IL 60611-3127


John Tully
c/o Spinak Levinson & Assoc
20 N Clark #3200
Chicago, IL 60602


JT Properties
4649 W. 99th Place
Oak Lawn, IL 60453


KCA Financial Services
628 north St.
Geneva, IL 60134


Keynote Consulting
220 West Campus Drive
Suite 102
Arlington Heights, IL 60004

KLO Dental
13305 S. Ridgeland Ave
Unit D
Palos Heights, IL 60463


Law Office of Paul D. Lawent
330 S. Wells St., Ste 1310
Chicago, IL 60606


Len Scaduto Driving School
4957 W. 95th St.
Oak Lawn, IL 60453


Lighthouse Financial Group
4300 West Cypress St
Suite 800
Tampa, FL 33607


Linebarger Goggan Blair Sampson
PO Box 06152
Chicago, IL 60606


Little Company of Mary Hospital &
Healthcare Centers
2800 W. 95th St.
Evergreen Park, IL 60805-2701


Malcolm S. Gerald and Associates
332 S. Michigan Ave.
Suite 600
Chicago, IL 60604


Malcom S. Gerald
332 S Michigan Suite 600
Chicago, IL 60604


Mcsi Inc
Po Box 327
Palos Heights, IL 60463


Med Business Bureau
Po Box 1219
Park Ridge, IL 60068

Medical Business Bureau
Po Box 1219
Park Ridge, IL 60068-7219


Medical Collections System, Inc.
725 S. Wells St., Ste 700
Chicago, IL 60607


Medical Collections Systems, Inc
725 S. Wells St. Suite 700
Chicago, IL 60607


Medical Collections Systems, Inc
725 S. Wells St.
Suite 700
Chicago, IL 60607


Medical Recovery Specialists, Inc.
2250 E. Devon Ave.
Ste 352
Des Plaines, IL 60018-4519


Medical Recovery Specialists, Inc.
2200 East Devon Ave
Suite 288
Des Plaines, IL 60018


Merchants Credit Guide Co.
223 W Jackson Blvd #700
Chicago, IL 60606


Mfg Financial Inc
Po Box 526262
Salt Lake City, UT 84152


MFG Financial, Inc.
PO Box 526262
Salt Lake City, UT 84152-6262


MidAmerica Orthopaedics SC
75 Remittance Drive, Suite 6035
Chicago, IL 60675-6035

Midland Credit Management
PO Box 60578
Los Angeles, CA 90060-0578


Midwesst Anesthesiologists Lts
185 Penny Ave
Dundee, IL 60118


Midwest Anesthesiologists Lts.
10660 W 143rd St. Ste B
Orland Park, IL 60462


Midwest Diagnostics
75 Remittance Drive, Suite 3070
Chicago, IL 60661


Midwest Medical Record Assoc
999 Plaza Drive
Schaumburg, IL 60173


Midwest Orthopaedic Consultant
75 Remittance Drive 6581
Chicago, IL 60675


Midwest Orthopaedics at Rush LLC
1 West Corporate Center, Suite 240
Westchester, IL 60154


MiraMed Revenue Group
Dept 77304
PO Box 77000
Detroit, MI 48277-0304


Mrsi
2250 E Devon Ave Ste 352
Des Plaines, IL 60018


Municipal Collection Services
PO Box 327
Palos Heights, IL 60463-0327


Municipal Collection Services, Inc.
PO Box 666
Lansing, IL 60438-0666

Municollofam
3348 Ridge Road
Lansing, IL 60438


National Action Financial Services
165 Lawrence Bell Drive Ste 100
PO Box 9027
Williamsville, NY 14231-9027


NCO Financial Systems
605 W. Edison Suite K
Mishawaka, IN 46545


Ned L. Savide, DDS
12001 S. Harlem Ave
Palos Heights, IL 60463


Nicholas Kaster
c/o Hofstetter Daniel F Ltd
161 N Clark #4700
Chicago, IL 60601


Nicholas Kuster
c/o Hofstetter Daniel F Ltd
161 N Clark #4700
Chicago, IL 60601


Nicor
PO Box 5407
Carol Stream, IL 60197-5407


Northland Group Inc.
PO Box 390905
Minneapolis, MN 55439


Northwestern Medical Faculty Found
38693 Eagle Way
Chicago, IL 60678


Northwestern Medical Group
26609 Network Place
Chicago, IL 60673-1266

Northwestern Memorial Hosp.
PO Box 73690
Chicago, IL 60673-7690


Northwestern Memorial Hospital
251 East Huron
Chicago, IL 60611-2908


Northwestern Memorial Hospital
PO Box 73690
Chicago, IL 60673-7690


Northwestern Memorial Physicans Grp
75 Remittance Drive #1293
Chicago, IL 60675-1293


Oak Lawn Radiologists, Inc.
PO Box 3837
Springfield, IL 62708-3837


Oak Ridge Family Dental Center
4445 W. 95th St
Oak Lawn, IL 60453-7219


Palisades Collection LLC
210 Sylvan Avenue
Englewood Cliffs, NJ 07632


Peoples Gas
Attention: Bankruptcy Department
130 E. Randolph 17th Floor
Chicago, IL 60601


PFG of Minnesota
7825 Washington Ave. S., Suite 310
Minneapolis, MN 55439-2409


Pinnacle Credit Servic
7900 Highway 7 # 100
Saint Louis Park, MN 55426


Practice Resources, Inc.
PO Box 3597
Springfield, IL 62708

Practice Resources, Inc.
PO Box 3597
Springfield, IL 62708-3597


Premiere General Medicine SC
PO Box 11009
Olympia, WA 98508-1009


Professional Account Services
PO Box 188
Brentwood, TN 37024-0188


Progressive Recovery Technology
PO Box 805030
Chicago, IL 60680-4111


Pulmonary & Critical Care Consult
PO Box 379
Orland Park, IL 60462


Retrieval-Masters Creditors Bureau
2269 S. Saw Mill River Road
Building 3
Elmsford, NY 10523


Revenue Production Management, Inc
PO Box 830913
Birmingham, AL 35283-0913


Revenue Production Management, Inc
PO Box 925
Rosemont, IL 60018-0925


Revenue Production Management, Inc.
PO Box 830913
Birmingham, AL 35283-0913


Safeway, Inc.
PO Box 1128
San Ramon, CA 94583-1128


Sallie Mae
11100 Usa Pkwy
Fishers, IN 46037

Shapiro & Kreisman LLC
4201 Lake Cook Road
Northbrook, IL 60062


Southside Orthopaedics, PC
Drs Regan & Liston
10660 W 143rd St., Suite B
Orland Park, IL 60462


Southwest Dermatology
7123
West Archer Ave
Chicago, IL 60638


Southwest Hematology
621 Plainfield Rd. Ste 406
Willowbrook, IL 60527-5391


St. Germaine
9735 S. Kolin
Oak Lawn, IL 60453


St. John Fisher
10234 W. Washtenan
Chicago, IL 60655


State Collection Service
PO Box 6250
Madison, WI 53716-0250


Steven F. Soltes, MD, Ltd
10522 South Cicero Ave
Oak Lawn, IL 60453


Suburban Pediatric Pulmonolgy
Bolingbrook Medical Center
420 Medical Ctr Dr, Ste 240
Bolingbrook, IL 60440


Take Care Health Systems
4165 30th Ave Soutbh, Suite 101
Fargo, ND 58104-8419

TCF Bank
500 W. Joliet Rd
Willowbrook, IL 60527


The Cardiology Group, LLC
2850 W 95th St
Suite 305
Evergreen Park, IL 60805-2701


The Universitty of Chicago Hosp.
PO Box 70565
Chicago, IL 60673-0565


Trustmark Recovery Service
541 Otis Bowen Drive
Munster, IN 46321


Unique National Collec
119 E Maple St
Jeffersonville, IN 47130


University of Chicago Physicians Gr
PO Box 75307
Suite 1385
Chicago, IL 60675-5307


Van Ru Credit Corporation
10024 Skokie Blvd
PO Box 1109
Skokie, IL 60077-1109


Van Ru Credit Corporation
10024 Skokie Blvd, Ste 2
Skokie, IL 60077


Village of Oak Lawn
9446 S. Raymond Ave
Oak Lawn, IL 60453-2449


Village of Oak Park
C/O MSB Parking
PO Box 10479
Newport Beach, CA 92658-0479

Walgreens Home Care Inc.
PO Box 90600
Chicago, IL 60696-0600


Wayne Hummer Trust
c/o Thomas Murphy law Office
10540 S. Western Ave #202
Chicago, IL 60643


Wicker Park Dermatology
1455 N. Milwaukee Ave
2nd Floor
Chicago, IL 60622


Wolfpoff & Abramson, LLP
Two Irvington Centre
702 King Farm Blvd
Rockville, MD 20850-5775